86 A.3d 149

IN THE MATTER OF MARK W. FORD, AN ATTORNEY
AT LAW (ATTORNEY NO. 034061982).

April 1, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–110, concluding that **MARK W. FORD** of **GLOUCESTER CITY,** who was admitted to the bar of this State in 1983, should be censured for violating *RPC* 1.4(b) (failure to communicate with a client), *RPC* 1.4(c) (failure to explain a matter sufficiently to enable a client to make informed decisions about the representation), and *RPC* 1.5(b) (failure to communicate the basis or rate of the fee in writing);

And the Court having determined from its review of the matter that respondent should be required to practice under supervision for a period of two years and until the further Order of the Court;

And good cause appearing;

It is ORDERED that **MARK W. FORD** is hereby censured; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court; it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.